UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DMITRY KRUGLOV,

                                        Plaintiff,

        -v-                                             1:17-CV-1306
                                                        (DNH/DJS)

COPART OF CONNECTICUT, INC., CT,
*doing business as*, COPART and
USAAutoMarket LLC, IN, *doing business as*,
REX AUTO PARTS,

                                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
APPEARANCES:

DMITRY KRUGLOV
Plaintiff pro se
2200 N.W. 72nd Avenue
Unit #52-1203
Miami, FL 33152


DAVID N. HURD
United States District Judge

## DECISION and ORDER

        Pro se plaintiff Dmitry Kruglov brought this diversity action alleging a variety of

contract and tort based claims stemming from his purchase of a used vehicle.  On January

16, 2018, the Honorable Daniel J. Stewart, United States Magistrate Judge, advised by

Report-Recommendation that plaintiff's complaint be sua sponte dismissed due to lack of

subject matter jurisdiction; specifically that plaintiff failed to plead a claim to satisfy the

$75,000 jurisdictional threshold for a diversity suit.  Though untimely, plaintiff submitted

objections to the Report-Recommendation which have been considered.  Though not

directed to do so, plaintiff also filed an amended complaint.

Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted in whole.  <u>See</u> 28 U.S.C. § 636(b)(1).  An initial review of the amended complaint demonstrates that plaintiff has not cured the deficiencies identified in the Report-Recommendation and the amended complaint will not be accepted for filing.

Therefore, it is

ORDERED that

Plaintiff's complaint is sua sponte DISMISSED.

The clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: March 19, 2018
        Utica, New York.